UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN KELLY,<br><br>　　　　Defendant. | No. 2:14-mc-0009 LKK CKD<br><br><br>ORDER |

Defendant has filed objections to the answer of the garnishee and has requested a hearing on the matter. Good cause appearing, IT IS HEREBY ORDERED that:

1. Hearing on the objections is set for hearing before the undersigned on March 12, 2014 at 10:00 a.m. in courtroom no. 24.

2. No later than March 6, 2014, defendant shall complete the claim for exemptions and financial statement previously served on defendant. The Clerk of Court is directed to serve a copy of these documents on defendant. ECF No. 5-4 (claim for exemptions) and 5-5 (financial statement).

3. No later than 12:00 p.m. on March 10, 2014, plaintiff may file a response to the claim of exemptions and the objections of defendant.

Dated: 02/27/2014　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

4 usa-kelly.gar

1