UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  KEVIN KELLY,  Defendant. | No. 2:14-mc-0009 LKK CKD  ORDER |

Defendant has submitted the documents required by the court's February 27, 2014 order. ECF No. 10.  The documents contain personal information, including social security numbers, bank account numbers, and income tax returns.

Accordingly, IT IS HEREBY ORDERED that the documents filed in response to the court's February 27, 2014 shall be filed under seal, with access limited to the Court, plaintiff United States of America, and defendant.

Dated:  March 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-kelly.seal