UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-mc-0009 LKK CKD |
| Plaintiff, | |
| v. | ORDER |
| KEVIN KELLY, | |
| Defendant. | |

Defendant's claim of exemption re writ of garnishment came on regularly for hearing March 12, 2014. Glen Dorgan appeared for plaintiff. Defendant Kelly appeared in propria persona. Defendant was afforded an opportunity to submit supplemental briefing in support of the claim of exemption. Upon review of the documents in support and opposition and supplemental briefing, upon hearing the arguments of counsel and defendant, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Defendant's claim of exemption is denied.

2. Within seven days of entry of this order, plaintiff shall submit a proposed final order of garnishment withholding twenty-five percent (25%) of the debtor's disposable wages, bonuses, and other incentive payments, to be paid to the plaintiff United States of America. Said order shall also direct payment of the funds previously withheld by garnishee "Design Within Reach" pursuant to the writ of continuing garnishment filed January 23, 2014 (ECF No. 4).

3. Within thirty days of entry of this order, defendant shall provide to the United States a new, fully completed financial statement with all required attachments.

4. Defendant shall advise the United States of the next time he travels to the Eastern District of California. Plaintiff is granted leave to conduct a judgment debtor examination at that time.

Dated: April 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-kelly.oah

2