1  BENJAMIN B. WAGNER
   United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  916-554-2700
   Facsimile:  916-554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              MISC. NO.:  2:14MC00009-LKK-CKD

11                        Plaintiff,       CASE No.:  2:98CR00316-LKK

12            v.                           **APPLICATION FOR AN ORDER TERMINATING WAGE GARNISHMENT; AND ORDER**

13  KEVIN DESHAWN KELLY,

14       Defendant and Judgment Debtor.

15
    DESIGN WITHIN REACH,
16
                         Garnishee.
17

18       By this proceeding, the United States garnished defendant Kevin Deshawn Kelly's wages from

19  his employer, Design Within Reach.  On December 19, 2014, Design Within Reach terminated

20  Defendant's employment.  Defendant's termination and Design Within Reach's failure to rehire him

21  within 90 days from termination date warrant termination of this wage garnishment action.  28 U.S.C. §

22  3205(c)(10)(B).  Accordingly, the United States requests that the Court terminate the wage garnishment

23  pending under this miscellaneous case number.

24                                         Respectfully submitted,

25                                         BENJAMIN B. WAGNER
                                           United States Attorney
26

27                                         _____
                                           KURT A. DIDIER
28  Dated: _____              Assistant United States Attorney

    APPLICATION FOR AN ORDER TERMINATING
    WAGE GARNISHMENT; AND ORDER

1

**ORDER**

2    The Court, having reviewed the court files and the United States' application for an order

3 terminating wage garnishment (the "Application"), and finding good cause therefor, hereby GRANTS

4 the Application.  The writ of garnishment issued under this miscellaneous case number against Kevin

5 Deshawn Kelly is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

6    **IT IS SO ORDERED.**

7

8 Dated:  March 25, 2015

_____

9                                    CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR AN ORDER TERMINATING          2
WAGE GARNISHMENT; AND ORDER